IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE, | |
| Plaintiff, | 8:17CV97 |
| vs. | |
| SHAD KNUTSON, | ORDER |
| Defendant. | |

This matter comes before the Court on Defendant's motions for appointment of counsel (Filing Nos. 19, 23) and motions for leave to proceed in forma pauperis. (Filing Nos. 20, 24.) The motions will be denied.

"Indigent civil litigants do not have a constitutional or statutory right to appointed counsel." *Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996). Trial courts have "broad discretion to decide whether both the [indigent litigant] and the court will benefit from the appointment of counsel, taking into account the factual and legal complexity of the case, the presence or absence of conflicting testimony, and the [indigent litigant's] ability to investigate the facts and present his claim." *Id*. Having considered these factors, the Court finds that appointment of counsel is not warranted at this time.

The Court interprets Defendant's motions for leave to proceed in forma pauperis as a mechanism by which Defendant is attempting to obtain counsel. Thus, these motions will be denied.

**IT IS ORDERED:**

1. Defendant's motions for appointment of counsel (Filing Nos. 19, 23) are denied.

2. Defendant's motions for leave to proceed in forma pauperis (Filing Nos. 20, 24) are denied.

Dated this 17th day of August, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge