IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JANE DOE, | |
|---|---|
| Plaintiff, | **8:17CV97** |
| vs. | |
| SHAD KNUTSON, | **SHOW CAUSE ORDER** |
| Defendant. | |

This matter comes before the Court on its own motion.

It appears to the Court that *Doe v. Shad Knutson*, 8:17CV97 (D. Neb. 2017) is related to *Doe v. Omaha Public School District*, 8:17CV96 (D. Neb. 2017). The Court has reviewed the filings in both cases and it appears the cases may be consolidated, at least for discovery, pursuant to [Fed. R. Civ. P. 42(a)](), as both cases arise out of the same set of facts and are based on similar allegations. [*EEOC v. HBE Corp.*, 135 F.3d 543, 551 (8th Cir. 1998)]().

Upon consideration,

**IT IS ORDERED** that the parties shall have until September 5, 2017 to show cause why *Doe v. Shad Knutson*, 8:17CV97 (D. Neb. 2017) and *Doe v. Omaha Public School District*, 8:17CV96 (D. Neb. 2017) should not be consolidated for purposes of case progression and discovery.

Dated this 22nd day of August, 2017.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge