IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>vs.<br><br>SHAD KNUTSON,<br><br>    Defendant. | **8:17CV97**<br><br>**ORDER** |

On August 22, 2017, the Court entered an order directing the parties to show cause why this action should not be consolidated with *Doe v. Omaha Public School District*, 8:17CV96 (D. Neb. 2017) ("*OPS* action"). ([Filing No. 19](#).) Defendant did not respond to the show cause order. However, Plaintiff submitted a response stating that the actions should not be consolidated because Defendant's *pro se* status in this case would delay and complicate the *OPS* action. ([Filing No. 27](#).)

Having considered the matter,

**IT IS ORDERED** that this case will not be consolidated with the *OPS* action. The Clerk of Court is directed to mail a copy of this Order to Defendant at his address of record.

Dated this 11th day of September, 2017.

                     BY THE COURT:

                     s/ Susan M. Bazis
                     United States Magistrate Judge